IN THE UNITED STATES FEDERAL CIRCUIT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case Number: |
| | ) | 4:24CR0003-4 |
| Brian Butler, | ) | |
| Defendant. | ) | |

## ORDER

Based upon the motion of the Defense, and for good cause shown therein, the Defense's motion for leave of absence is GRANTED for the following dates:

a) October 28th – November 1st, 2024, for a Jury Trial in the Superior Court of Chatham County.

b) December 26th – December 30th, 2024, for personal Christmas travel leave.

c) January 13th – January 17th, 2025, for a Jury Trial in the Superior Court of Chatham County.

SO ORDERED, this 7th day of October, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA