# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRIAN BUTLER,<br><br>Defendant. | CASE NO.: 4:24-cr-3-4 |

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's March 31, 2025, Report and Recommendation, (doc. 396), to which no party has filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 396), as the opinion of the Court. Butler's Motion to Suppress is **DENIED**. (Doc. 278.)

**SO ORDERED**, this 24th day of April, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA